UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

JUN 15 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. |
| RACHEL AGUILAR, MICHAEL EVOLA, MICHAEL EVOLA, JR., LOREN PHELPS, TANGELA COLE-SMITH, | ) 4:16CR242 AGF/SPM |
| Defendants. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning at a time unknown to the Grand Jury, but including January 14, 2016 through the date of this indictment, with the exact dates unknown to this Grand Jury, in the City of St. Louis, within the Eastern District of Missouri, and elsewhere, the defendants,

**RACHEL AGUILAR,
MICHAEL EVOLA,
MICHAEL EVOLA, JR.,
LOREN PHELPS,
TANGELA COLE-SMITH**

did knowingly and willfully conspire, combine, confederate and agree together with each other and persons both known and unknown to this Grand Jury, to commit offenses against the United States, to wit: to knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and:

Quantity of Methamphetamine Involved in the Conspiracy

1. With respect to **MICHAEL EVOLA,** the amount of methamphetamine involved in the conspiracy attributable to him as result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, punishable under Title 21, United States Code, Section 841(b)(1)(B)(viii).

2. With respect to **LOREN PHELPS**, the amount of methamphetamine involved in the conspiracy attributable to him as result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, punishable under Title 21, United States Code, Section 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT II

The Grand Jury charges that:

On or about January 14, 2016, in the City of St. Louis, and elsewhere within the Eastern District of Missouri, the defendant,

**RACHEL AGUILAR,**

did knowingly and intentionally possess a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT III

The Grand Jury charges that:

On or about January 28, 2016, in the City of St. Louis, and elsewhere within the Eastern District of Missouri, the defendant,

**MICHAEL EVOLA,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT IV

The Grand Jury charges that:

On or about February 25, 2016, in the City of St. Louis, and elsewhere within the Eastern District of Missouri, the defendant,

**MICHAEL EVOLA,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT V

The Grand Jury charges that:

On or about February 17, 2016, in the City of St. Louis, and elsewhere within the Eastern District of Missouri, the defendant,

**MICHAEL EVOLA, JR.,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT VI

The Grand Jury charges that:

On or about March 3, 2016, in the City of St. Louis, and elsewhere within the Eastern District of Missouri, the defendant,

**LOREN PHELPS,**

did knowingly and intentionally possess 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT VII

The Grand Jury charges that:

On or about March 3, 2016, in the City of St. Louis, and elsewhere within the Eastern District of Missouri, the defendant,

**TANGELA COLE-SMITH,**

did knowingly and intentionally use a communication facility to facilitate the commission of the following act, to wit: to possess a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, with intent to distribute, in violation of

Title 21, United States Code, Sections 843(b) and 841(a)(1), and punishable under Title 21, United States Code, Section 843(d)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
EDWARD L. DOWD III #61909MO
Special Assistant United States Attorney